**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

August 22, 2017

**LETTER ORDER**

Re:    **Virginia Street Fidelco, LLC, et. al. v. Orbis Products Corp., et. al.**
       **Civil Action No. 11-2057 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) Plaintiffs' application to proceed on declaratory judgment, or, in the alternative, to bifurcate and stay the filing of Plaintiffs' supplemental expert report [Dkt. No. 172] is **DENIED**.

2) Plaintiffs shall have until **September 30, 2017** to file their supplemental expert report as set forth in the Court's May 30, 2017 Opinion and Order [Dkt. No. 171]. Defendants shall have until **November 30, 2017** to file any response to Plaintiffs' supplemental report.

3) The telephone conference scheduled in this matter for **October 5, 2017 at 10:00 AM** is adjourned to **November 9, 2017 at 10:00 AM**. Counsel for Plaintiff City of Newark shall initiate the call.

**IT IS SO ORDERED.**

     s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**