**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

October 19, 2017

## LETTER ORDER

Re:   <u>Virginia Street Fidelco, LLC, et. al. v. Orbis Products Corp., et. al.</u>
      Civil Action No. 11-2057 (KM)

Dear Counsel:

The Court is in receipt of a letter from Defendants regarding an additional expert report recently served by Plaintiffs [Dkt. No. 180]. By no later than **November 2, 2017**, Plaintiffs shall file a response to Defendants' letter of five (5) pages or less. The Court will address this issue during the telephone conference scheduled in this matter for **November 9, 2017 at 10:00 AM**. The deadline for Defendants' response to Plaintiffs' supplemental expert report is stayed pending the call.

   **IT IS SO ORDERED.**

                                                             s/ James B. Clark, III
                                                         **JAMES B. CLARK, III**
                                                         **United States Magistrate Judge**