# SCARINCI | HOLLENBECK
## ATTORNEYS AT LAW

New Jersey  |  New York  |  Washington, D.C.

**JOHN M. SCAGNELLI** | Partner | Chair, Environmental and Land Use Law Group
jscagnelli@sh-law.com

November 20, 2017

**BY ELECTRONIC FILING**

Honorable James B. Clark III, U.S.M.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

      Re:    Virginia Street Fidelco, L.L.C. et al. v. Orbis Products Corporation, et al.
             Civil Action No. 2:11-cv-02057 (KM)(JBC)
             Our File No. 12359.1000

Dear Magistrate Clark:

      We represent Defendants Robert Amaducci, William Amaducci and Flaroma, Inc. ("Defendants") in this case.

      We are writing to bring to Your Honor's attention one issue we see relating to Your attached November 14, 2017 Letter Order. The Order summarized Your Honor's ruling during the conference call with counsel last Tuesday, November 14, 2017, which related to Plaintiff's supplementation of the expert report of their expert, Richard Greenberg.

      During that call, Your Honor ruled that Mr. Greenberg's Second Supplemental Report would not be permitted and, further, that Plaintiffs would not be permitted to supplement Mr. Greenberg's report by way of the introduction of a new expert, John H. Crow, Ph.D. and Mr. Crow's new expert report for which Plaintiffs had not sought leave of this Court. Mr. Crow's expert report is attached as Annex D to my October 18, 2017 letter to Your Honor (ECF No. 130).

      While it may be reasonably implied, Your Honor's November 14, 2017 Letter Order does not expressly state that Plaintiffs' introduction of Mr. Crow as a new expert and Mr. Crow's expert report shall not be permitted. We accordingly respectfully request that Your Honor issue an Amended Order which states that Plaintiffs' introduction of Mr. Crow as an expert and his expert report shall not be permitted so that this does not come up as an issue at trial.

**SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 11/21/2017

Scarinci & Hollenbeck, 1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, New Jersey 07071 Phone: 201-896-4100 Fax: 201-896-8660 www.sh-law.com
4834-2243-3100, v. 1

Page 2

We thank you for Your Honor's consideration.

                              Respectfully submitted,

                              /s/ John M. Scagnelli

                              JOHN M. SCAGNELLI
                              For the Firm

Enclosure
cc:    All Counsel of Record